Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000544
06-OCT-2015
08:47 AM

NO. CAAP-15-0000544

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LARSEN LUKE, Petitioner-Appellant, v.
ADMINISTRATIVE DIRECTOR OF THE COURTS, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DAA-15-0003)

ORDER DISMISSING APPEAL PURSUANT
TO STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation of the Parties for Dismissal with Prejudice entered into by Jonathan Burge, counsel for Petitioner-Appellant Larsen Luke and Robert T. Nakatsuji, Deputy Attorney General, and the records and files herein, it appears that the parties have stipulated to the dismissal of this appeal and agree that each party will bear its own costs and fees,

IT IS HEREBY ORDERED that the stipulation is approved, the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), each party to bear its own costs and fees.

DATED: Honolulu, Hawai'i, October 6, 2015.

Chief Judge

Associate Judge

Associate Judge